**Dismiss and Opinion Filed September 3, 2020**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00289-CV

## MACKLE WHITE, HOWARD GRISBY, AND MARGIERINA GRISBY, Appellants
### V.
### SHARON JONES, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00243-C**

## MEMORANDUM OPINION
Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Pedersen, III

Appellants' brief in this case is overdue. After appellants failed to respond to our request regarding the reporter's record, we ordered the appeal submitted without the reporter's record and appellants' brief to be filed by June 1, 2020. By postcard dated June 5, 2020, we notified appellants the time for filing appellants' brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date,

appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

200289f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MACKLE WHITE, HOWARD GRISBY, AND MARGIERINA GRISBY, Appellants

No. 05-20-00289-CV      V.

SHARON JONES, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-20-00243-C.

Opinion delivered by Justice Pedersen, III. Justices Whitehill and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SHARON JONES recover her costs of this appeal from appellants MACKLE WHITE, HOWARD GRISBY, AND MARGIERINA GRISBY.

Judgment entered this 3rd day of September, 2020.